No. 42,229

BEVERLY K. MOSES, *Appellant,* v. TRACY A. HAND, Warden, Kansas State Penitentiary, *Appellee.*

(362 P. 2d 80)

Opinion filed May 17, 1961.

*Beverly K. Moses* was on the briefs *pro se.*

*Robert E. Hoffman,* Assistant Attorney General, argued the cause and *William M. Ferguson,* Attorney General, was with him on the briefs for the appellee.

PER CURIAM: This appeal in a habeas corpus proceeding raises only one question as to a minor fault in the journal entry of the judgment in which the appellant was convicted after a plea of guilty to a charge of second degree burglary. The journal entry has long ago been corrected by an order *nunc pro tunc.* The order denying the application for a writ of habeas corpus is affirmed upon the authority of *Wilson v. Hudspeth,* 165 Kan. 666, 198 P. 2d 165; *Browning v. Hand,* 184 Kan. 365, 366, 336 P. 2d 409; *Converse v. Hand,* 185 Kan. 112, p. 115-116, 340 P. 2d 874, and authorities cited. It is hereby so ordered.